NATHAN LEVY, as Trustee in Bankruptcy of THE PROSPECT PARK BREWERY, Respondent, *v.* PETER HUWER, Appellant.

*Levy* v. *Huwer*, 80 App. Div. 499, affirmed.
(Argued November 16, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 1, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Herbert T. Ketcham* and *Joseph E. Owens* for appellant.

*Charles De Hart Brower* and *Edward H. Harrison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.